DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SERGIO LEDESMA-ARAIZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-313 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING TIME** |
| | ) | |
| SERGIO LEDESMA-ARAIZA | ) | DATE: November 4, 2011 |
| aka Sergio Ledesma, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Garland E. Burrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, SERGIO LEDESMA-ARAIZA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 7, 2011 be continued to November 4, 2011, at 8:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 4, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 4, 2011          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SERGIO LEDESMA-ARAIZA

DATED: October 4, 2011          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

      IT HEREBY ORDERED that this matter is continued to November 4, 2011, at 9:00 a.m. for Further Status Conference.

      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including November 4, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: October 6, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge