DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SERGIO LEDESMA-ARAIZA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-313 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING TIME** |
| | ) | |
| SERGIO LEDESMA-ARAIZA | ) | DATE:  December 16, 2011 |
| aka Sergio Ledesma, | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED and agreed to between the United States of

America through JASON HITT, Assistant U.S. Attorney, and defendant,

SERGIO LEDESMA-ARAIZA by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender, that the status conference set for November

18, 2011 be continued to December 16, 2011, at 9:00 a.m..

    The reason for this continuance is to allow defense counsel

additional time to examine possible defenses and to continue

investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 16, 2011,

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3  DATED: November 17, 2011      Respectfully submitted,

4                                DANIEL J. BRODERICK
                                 Federal Defender
5
                                 /s/ Benjamin Galloway
6                                BENJAMIN GALLOWAY
                                 Assistant Federal Defender
7                                Attorney for Defendant
                                 SERGIO LEDESMA-ARAIZA
8

9  DATED: November 17, 2011      BENJAMIN B. WAGNER
                                 United States Attorney
10
                                 /s/ Benjamin Galloway for
11                               JASON HITT
                                 Assistant U.S. Attorney
12                               Attorney for Plaintiff

13                             **O R D E R**

14
        IT HEREBY ORDERED that this matter is continued to December 16,
15
   2011, 9:00 a.m. for Further Status Conference.
16
        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161
17
   (h)(7)(B)(iv) and Local Code T4, the period from the date of this order
18
   up to and including December 16, 2011, is excluded from the time
19
   computations required by the Speedy Trial Act due to ongoing preparation
20
   of counsel, and that the ends of justice served by this continuance
21
   outweigh the best interests of the public and the defendants in a speedy
22
   trial.
23
   Dated:  November 17, 2011
24

25

26                             _____
                               GARLAND E. BURRELL, JR.
27                             United States District Judge

28

                                    **2**